FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 MAR -6 P 12: 41
CLERK B McCarty

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BETTY BROWN, ) | |
| Plaintiff, ) | |
| v. ) | CV 306-077 |
| MICHAEL J. ASTRUE, Commissioner of ) Social Security, ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 6th day of March, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE